# WALL-WOLFF LLC
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

———

TEL. (212) 920-0257
mwallwolff@wallwolff.com

---

May 17, 2023

<u>**VIA ECF**</u>

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

  **Re:**  *United States v. Diaz Mata et al,* **22 CR 548 (JLR)**

Dear Judge Rochon:

  I represent Gerson Cisnero Camacho in the above-captioned case. With the consent of the government and Pretrial Services, I write to request a modification of certain conditions of Mr. Cisnero Camacho's pretrial release. Mr. Cisnero Camacho has been fully compliant with all of his conditions of release since he was first arrested in this case, and Pretrial Services has recently advised that electronic monitoring is no longer necessary. I have conferred with the government and it defers to the judgment of Pretrial Services. Accordingly, I respectfully request that Mr. Cisnero Camacho's conditions of release be modified to remove the requirement of electronic monitoring.

  Thank you very much for your consideration of this request.

                  Respectfully submitted,

                      /s/

                  Megan Wall-Wolff

                  *Attorney for Gerson Cisnero Camacho*

cc:  AUSA Matthew Shahabian

---

Given the representation from Pretrial Services that electronic monitoring is no longer necessary for Mr. Cisnero Camacho, the within application is hereby granted.

Dated: May 17, 2023
   New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**