# WALL-WOLFF LLC
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

———

TEL. (212) 920-0257
mwallwolff@wallwolff.com

---

August 11, 2023

<u>**VIA ECF**</u>

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

   **Re:**  *United States v. Diaz Mata et al,* **22 CR 548 (JLR)**

Dear Judge Rochon:

  I represent Gerson Cisnero Camacho in the above-captioned case. I write to request that Mr. Cisnero Camacho be permitted to travel to visit his gravely ill grandmother. Mr. Cisnero Camacho has been fully compliant with all of his conditions of release since he was first arrested in this case. His grandmother is not expected to live much longer, and currently resides in the Dominican Republic. Accordingly, I respectfully request that Mr. Cisnero Camacho be permitted to travel to the Dominican Republic to visit his grandmother from August 21st to August 24th. I have conferred with Pretrial Services and the government, and they have no objection to this request.

  I am happy to provide any additional information that may be required. Thank you very much for your consideration.

The within travel request is hereby GRANTED.

                   Respectfully submitted,

Dated: August 11, 2023
    New York, New York
**SO ORDERED.**

                          /s/

*[signature: Jennifer Rochon]*

**JENNIFER L. ROCHON**            Megan Wall-Wolff
**United States District Judge**         *Attorney for Gerson Cisnero Camacho*
cc:  AUSA Matthew Shahabian
    AUSA Edward Robinson