# WALL-WOLFF LLC
299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

———

TEL. (212) 920-0257
mwallwolff@wallwolff.com

---

November 16, 2023

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

      Re:    *United States v. Diaz Mata et al,* 22 CR 548 (JLR)

Dear Judge Rochon:

      I represent Gerson Cisnero Camacho in the above-captioned case. With the consent of Pretrial Services and the government, I write to request that Mr. Cisnero Camacho again be permitted to travel to visit his gravely ill grandmother. His grandmother, with whom Mr. Cisnero Camacho is very close, is not expected to live much longer, and currently resides in the Dominican Republic. Mr. Cisnero Camacho has been fully compliant with all of his conditions of release since he was first arrested in this case, and traveled to visit his grandmother this past summer without any issue. Accordingly, I respectfully request that Mr. Cisnero Camacho be permitted to travel to the Dominican Republic to visit her from November 28th to December 5th. Pretrial Services has advised that it has no objection to this request, and the government defers to the judgment of Pretrial Services.

      I am happy to provide any additional information that may be required. Thank you very much for your consideration.

Hon. Jennifer L. Rochon
Page 2

                                                  Respectfully submitted,

                                                            /s/

                                                Megan Wall-Wolff
                                                *Attorney for Gerson Cisnero Camacho*

cc:    AUSA Brandon Harper
         AUSA Matthew Shahabian
         AUSA Edward Robinson

The within travel request is hereby GRANTED.

Dated: November 16, 2023.
       New York, New York

**SO ORDERED.**

*(signed)* Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**