UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>GERSON CISNERO CAMACHO,<br>　　　　　　　　　　Defendant. | 23-cr-00548-JLR<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　It is hereby ORDERED that the defendant is remanded to the custody of the United States Marshal.

Dated: January 5, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　United States District Judge