UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>GERSON CISNERO CAMACHO,<br>       Defendant. | 22-cr-00548 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On April 4, 2024, the defendant was sentenced to a term of imprisonment of 78 months.

  On August 9, 2024, the Court received the defendant's *pro se* motion, dated July 25, 2024, requesting a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment, which went into effect on November 1, 2023 and applies retroactively, and appointment of counsel. *See* Dkt. 96. The United States Probation Department issued a supplemental presentence report indicating that the defendant is not eligible for a sentence reduction. *See* Dkt. 97.

  The Court has considered the record in this case, and it is hereby ORDERED that the defendant is ineligible for this reduction. The defendant does not satisfy the criteria for a status-points reduction under USSG § 4A1.1(e) because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence. Nor is the defendant eligible for a reduction for zero-point offenders under USSG § 4C1.1 because the defendant does not have zero criminal history points and instead has two criminal history points, which places him in Criminal History Category II. *See* USSG § 4C1.1(a)(1).

The defendant's motion for counsel is also denied. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 96 and to send a copy of this Order and the Probation Department's supplemental presentence report at Dkt. 97 to the defendant at:

> Fed. Reg. No. 21988-510
> United States Penitentiary
> P.O. Box 1002
> Thomson, IL 61285

Dated: August 16, 2024
       New York, New York

                                            SO ORDERED.

                                            *Jennifer Rochon*
                                            JENNIFER L. ROCHON
                                            United States District Judge